NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1462, -1463, -1464, -1465

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

> Plaintiff/Third Party Defendant-
> Appellant,

and

ORION IP, LLC (now known as Clear With Computers LLC) and ERICH SPANGENBERG,

> Third Party Defendant-Appellants,

v.

DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, and DAIMLERCHRYSLER COMPANY, LLC,

> Defendants-Appellees,

and

CHRYSLER HOLDING, LLC,

> Defendant/Third Party Plaintiff-Appellee,

and

MERCEDES-BENZ USA, INC. and CHRYSLER LLC,

> Defendants/Third Party Plaintiffs-Cross
> Appellants.

Appeal from the United States District Court for the Western District of Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb.

---

2008-1474, -1477

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Plaintiff-Appellant,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Cross Appellant,

and

REEBOK INTERNATIONAL, LTD.,

Defendant,

and

POLO RALPH LAUREN CORP.,

Defendant,

and

MICHELIN NORTH AMERICA, INC.,

Defendant.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Judge Barbara B. Crabb.

ON MOTION

O R D E R

Taurus IP, LLC and Michelin North America, Inc. move to dismiss the portion of 2008-1474 involving Michelin.

Taurus does not state that it is dismissing its appeal involving Hyundai Motor America in 2008-1474. Because the court does not dismiss a portion of a pending

appeal, the court will instead revise the official caption to indicate that Michelin is not an appellee.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) The official caption is revised to indicate that Michelin is not an appellee.

FOR THE COURT

DEC 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mitchell G. Stockwell, Esq.
Michael Edwin Jones, Esq.
Elizabeth A. Wiley, Esq.
Jon E. Wright, Esq.
Gene C. Schaerr, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 2 2009

JAN HORBALY
CLERK

2008-1462, et al.                    3